# Thomas B. Bacon, P.A.

Spencer M. Rose
4940 S.W. 34th Terrace
Fort Lauderdale, FL 33312
Ph: 305-213-7673
Fax 954-237-1990
smrose@thomasbaconlaw.com

## VERIFIED INVOICE

Re:   3016 - Baer's Furniture Company - Motion to Enforce

### Thomas B. Bacon

| | |
|---|---|
| 1/10/11 | |
| review defendant's opposition to fee petition | 0.9 |
| Analysis of arguments in response | 1.1 |
| Calculation of due date for reply | 0.1 |
| | |
| 1/17/11 | |
| draft reply in support of fee petition | 1.5 |
| Research, review and update cases on entitlement to fees in conjunction with fee petition | 0.8 |
| Draft motion for additional fees | 1.8 |
| Draft affidavit in support of additional fees | 0.3 |
| | |
| Subtotal hours | 6.5 |

Compensable attorney time   ( multiply x $350.00 hour) =   $2,275.00

1

## VERIFICATION

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct. Executed on January 18, 2011. Undersigned counsel certifies that he has fully reviewed the time records and supporting data submitted in this motion and in Plaintiffs' Fee Petition and that the motions are well grounded in fact and justified.

_____
Thomas B. Bacon